IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LAKELAND MARKETPLACE, INC.**                                                                 **PLAINTIFF**

vs.                                                                 **CIVIL ACTION NO. 3:08cv420 HTW-LRA**

**CARROLL COUNTY, MISSISSIPPI BOARD OF SUPERVISORS
AND STANLEY MULLINS, IN HIS OFFICIAL CAPACITY AS
CHANCERY CLERK OF CARROLL COUNTY, MISSISSIPPI**                **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

THIS CAUSE came on for hearing on the joint motion *ore tenus* of Plaintiff and Defendants for an order of dismissal of this action, after having considered said motion and after being advised that all parties consent to the entry of this order, is of the opinion that Plaintiff's action against Defendants should be dismissed with each party to pay their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's cause of action against Defendants be dismissed with each party to pay their own costs.

SO ORDERED, this the 29th day of August, 2008.

                                                    **s/ HENRY T. WINGATE**

                                                    CHIEF UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

 s/ *Stephen J. Carmody*                                   s/ *William Liston III*
Stephen J. Carmody, Esquire                     William Liston III, Esquire
Attorney for Plaintiff                                    Attorney for Defendants